**Order entered September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00978-CR**

**SANDRA KAY NORTHCUTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80789-2019**

**ORDER**

Before the Court is the State's September 9, 2021 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE